*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ANGEL RODRIGUEZ, | ) | No. C 10-2430 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

An order of judgment is hereby entered DISMISSING this action for failure lack of jurisdiction and failure to state a claim.

IT IS SO ORDERED.

DATED: 7/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Rodriguez430jud.wpd